IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **ALTON INGRAM, M.D., J.D.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3 :25-cv-00787** |
| | ) | **Judge Aleta A. Trauger** |
| **ETHA N BAUGHMAN, M.D.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum, the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 56) is **ACCEPTED IN PART AND REJECTED IN PART**, as follows.

The R&R is **ACCEPTED**, insofar as it recommends granting the defendant's Motion to Dismiss, and the plaintiff's Specific Objections (Doc. No. 59) to that part of the R&R are **OVERRULED**. The Motion to Dismiss (Doc. No. 41) is **GRANTED**, and all claims set forth in the Amended Complaint (Doc. No. 40) are **DISMISSED WITH PREJUDICE**, except the plaintiff's premature malicious prosecution claim (Count X), which is **DISMISSED WITHOUT PREJUDICE**.

The R&R is **ACCEPTED**, insofar as it recommends denying the defendant's TPPA Petition (under the Tennessee Public Participation Act) and denying the plaintiff's Rule 11(c)(2) Motion for Sanctions, with respect to which no objections have been filed. The TPPA Petition (Doc. No. 26) and Motion for Sanctions (Doc. No. 47) are **DENIED**.

The R&R is **REJECTED**, insofar as it recommends denial of the plaintiff's Motion for Leave to File Sur-Reply. Because the court has considered the proposed Sur-Reply (Doc. No. 55-1), the plaintiff's Motion for Review of the recommended denial of this motion and his Motion for Leave (Doc. Nos. 55, 63) are both **GRANTED**.

In view of the dismissal of this case, the plaintiff's Motion to Certify Questions of Law to the Tennessee Supreme Court (Doc. No. 61), the American Board of Cosmetic Surgery's Motion for Leave to File Amicus Curiae Brief (Doc. No. 72), and the Motion for Admission Pro Hac Vice (Doc. No. 73), filed by an attorney for the American Board of Cosmetic Surgery, are **DENIED AS MOOT**.

This is the final Order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge